[No. 24989–4–I.  Division One.  July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO COSTILLO ZUNIGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–1–01724–1, Robert E. Dixon, J., entered October 20, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 26183–5–I.  Division one.  July 29, 1991.]

*In the Matter of the Commitment of*
JOHN SHANAHAN.

THOMAS HYDE, *Respondent*, v. JOHN SHANAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–6–02242–1, Mary Wicks Brucker, J., entered November 8, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 25487–1–I.  Division One.  July 29, 1991.]

PRECICONTACT, INC., *Appellant*, v. FRANK STARK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89–2–17742–1, J. Kathleen Learned, J., entered December 15, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Pekelis, JJ.